# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CARRIE ANNE CASAREZ, | Case No. 18-CV-2255 (NEB/SER) |
| Petitioner, | |
| v. | AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN BARNES, | |
| Respondent. | |

The Court has received the November 11, 2018 Report and Recommendation of United States Magistrate Judge Steven E. Rau. [ECF No. 6.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. the Report and Recommendation [ECF No. 6] is ACCEPTED; and

2. the action is DISMISSED WITH PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge